

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2023

**BY E-MAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **Re:**    ***United States v. Dionisio Figueroa et al.*, 23 Cr. 161 (    )**

Dear Judge Krause:

      A defendant in the above-captioned case was arrested earlier today, and he is expected to be presented in Magistrate Court this afternoon. Accordingly, the Government writes to respectfully request that the Court unseal the indictment and assign the case out to a District Judge. It is a Wheel A case.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney for the
                      Southern District of New York

By:        Frank J. Balsamello
                      Andrew A. Rohrbach
                      Jarrod Schaeffer
                      Assistant United States Attorneys
                      (212) 637-2325 / -2345 / -2270

SO ORDERED:

HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE

> The indictment is hereby unsealed. The issue of assignment to a District Judge will be addressed further in court at the initial appearance / arraignment.
> Dated: March 30, 2023