UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

           -against-　　　　　　　　　　　　　　　　　ADMINISTRATIVE ORDER
                                                                23 Cr. 161

John Doe, et al.,

           Defendants.

---

IT APPEARING that Defendants, in the sealed case of *United States v. Doe,* 23 Cr. 161, have significant ties to the United States District Court for the Southern District of New York, one as a current long term employee of the Court and the other a long standing member of the Court's defense bar.

IT FURTHER APPEARING that the crimes with which Defendants have been charged include bribery of a federal employee and providing and accepting prohibited compensation for representation in matters affecting the United States and.

IT IS THEREFORE DETERMINED that, pursuant to 28 U.S.C. § 455, the United States District Judges of the Southern District of New York should not preside over this criminal proceeding, No. 23 Cr. 161; and

IT WILL THEREFORE BE REQUESTED that the Chief Judge of the United States Court of Appeals for the Second Circuit designate a District Judge from outside the Southern District of New York, but from within the Second Circuit, pursuant to 28 U.S.C. § 292(b), or, in the alternative, 28 U.S.C. § 294(c), to perform the duties of a United States District Judge temporarily for the Southern District of New York for the specific case *United States v. Doe,* 23 Cr. 161, and all related matters.

IT IS ORDERED that this Administrative Order shall remain sealed until such time that the above-captioned indictment is unsealed.

Dated: March 29, 2023
New York, New York

                                                          LAURA TAYLOR SWAIN, U.S.D.J.
                                                               *Chief Judge*