UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           -against-

DIONISIO FIGUEROA,
    a/k/a "Dionicio," and
TELESFORO DEL VALLE, JR.,
    a/k/a "Ted,"
                      *Defendants.*

**ADMINISTRATIVE ORDER**
23 Cr. 161

---

The Indictment in this matter having been unsealed on March 30, 2023, the Clerk of Court is hereby directed to unseal the Administrative Order that was entered in this matter on March 29, 2023.

Dated: March 30, 2023
New York, New York

 

_____
LAURA TAYLOR SWAIN, U.S.D.J.
*Chief Judge*