**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA,**

      vs.                                          7:23-CR-161
                                                          (MAD)

**DIONISIO FIGUEROA,** _also known as_
_Dionicio_**; and TELESFORO DEL VALLE,**
**JR.,** _also known as Ted_**,**

                        **Defendants.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **OFFICE OF THE UNITED STATES ATTORNEY**<br>1 St. Andrew's Plaza<br>New York, New York 10007<br>Attorneys for the Government | **ANDREW ROHRBACH, AUSA**<br>**FRANK J. BALSAMELLO, AUSA**<br>**JARROD L. SCHAEFFER, AUSA** |
| **ADAMS & COMMISSIONG LLP**<br>65 Broadway, Ste. 1603<br>New York, New York 10006<br>Attorneys for Defendant Figueroa | **KARLOFF COMMISSIONG, ESQ.** |
| **LAW OFFICES OF MURRAY RICHMAN**<br>2027 Williamsbridge Road, 3rd Floor<br>Bronx, New York 10461<br>Attorneys for Defendant Del Valle | **MURRAY RICHMAN, ESQ.** |
| **LAW OFFICES ANTHONY L. RICCO**<br>20 Vesey Street<br>New York, New York 10007<br>Attorneys for Defendant Del Valle | **ANTHONY L. RICCO, ESQ.** |

**Mae A. D'Agostino, U.S. District Judge:**

## ORDER

     On April 10, 2023, Attorney Karloff Commissiong submitted a letter request, in compliance with this Court's prior order, requesting to withdraw as counsel for Defendant

Figueroa and seeking the appointment of either new CJA counsel or the Federal Public Defender's Office. Mr. Commissioning also submitted a signed financial affidavit as directed.

Having reviewed the submissions, the Court grants Mr. Commissioning's request to withdraw as counsel. Moreover, the Court finds that Defendant Figueroa qualifies for Court-appointed counsel. Given the allegations in this matter, however, the Court finds it appropriate to appoint counsel outside of the Southern and Eastern Districts of New York.

Accordingly, the Court hereby

**ORDERS** that Mr. Commissioning's request to withdraw as counsel is **GRANTED**; and the Court further

**ORDERS** that, because Defendant Figueroa has established that he is financially unable to employ counsel, does not wish to waive counsel, and because the interests of justice so require, the Office of the Federal Public Defender for the Northern District of New York is assigned representation of Defendant Figueroa and shall file a notice of appearance with the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: April 12, 2023
        Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge