# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3ʳᴰ FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

54 State Street
Suite 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

April 13, 2023

**BY ECF**

Honorable Andrew E. Krause
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> APPLICATION GRANTED.
> Dated: April 13, 2023
>
> **SO ORDERED.**
>
> *Andrew Krause*
>
> ANDREW E. KRAUSE
> United States Magistrate Judge

Re:   United States v. Dionisio Figueroa
      Case No. 7:23-cr-161-MAD

Dear Judge Krause:

My office has been appointed in the above-referenced case to represent the defendant, Dionisio Figueroa on April 12, 2023. On March 30, 2023, the Court ordered Mr. Figueroa released, and required that his appearance bond be signed by one Financially Responsible Person (in addition to Mr. Figueroa) by April 13, 2023. ECF Document Nos. 9-10.

Amidst the backdrop of being charged in this case, as well as the substitution of new counsel, Mr. Figueroa has encountered difficulty in having a Financially Responsible person sign the bond. Accordingly, we respectfully request an additional 10 days to find an additional suretor to co-sign his bond. My office has contacted counsel for the Government, but have not yet heard back as to its position. In the interest of expediency, however, we deemed it advisable to file the request as quickly as possible. Thank you for your consideration.

Respectfully submitted,

Jeremy B. Sporn

cc:   Counsel of Record (by e-mail and ECF filing)