UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    vs.                                                              7:23-CR-161 (MAD)

DIONISIO FIGUEROA, *also known as Dionicio*; and TELESFORO DEL VALLE, JR., *also known as Ted*,

                       **Defendants.**

---

**APPEARANCES:**                                **OF COUNSEL:**

**OFFICE OF THE UNITED STATES ATTORNEY**        **ANDREW ROHRBACH, AUSA**
1 St. Andrew's Plaza                         **FRANK J. BALSAMELLO, AUSA**
New York, New York 10007                **JARROD L. SCHAEFFER, AUSA**
Attorneys for the Government

**OFFICE OF THE FEDERAL PUBLIC DEFENDER**       **JEREMY B. SPORN, AFPD**
54 State Street
Suite 310
Albany, New York 12207
Attorneys for Defendant Dionisio Figueroa

**LAW OFFICES OF MURRAY RICHMAN**           **MURRAY RICHMAN, ESQ.**
2027 Williamsbridge Road
3rd Floor
Bronx, New York 10461
Attorneys for Defendant Telesforo Del Valle

**LAW OFFICES ANTHONY L. RICCO**             **ANTHONY L. RICCO, ESQ.**
20 Vesey Street
New York, New York 10007
Attorneys for Defendant Telesforo Del Valle

**Mae A. D'Agostino, U.S. District Judge:**

## ORDER

    On March 30, 2023, Defendant Dionisio Figueroa was arrested and released on a bond

that required, among other conditions, that he have no contact with "current or former employees of the U.S. District Court for the SDNY." Dkt. No. 10 at 5. Subsequently, the S.D.N.Y. Clerk of the Court requested that the parties modify Defendant's bail conditions because he remains a court employee and may receive official correspondence from the Clerk of the Court, and/or require assistance from the Clerk's Office staff in Human Resources. Based on that request, the Government now moves that Defendant's bond be modified to add that he have no contact with current or former S.D.N.Y. employees, "except that he may receive official correspondence from the Clerk of Court and the Court's Human Resources Department; and he may communicate with the same regarding any official matters that are related to his employment and unrelated to facts of this case." Dkt. No. 25 at 1. Defendant has stated that he has no objection to the requested modification. *See* Dkt. No. 28.

Accordingly, the Court hereby

**ORDERS** that the Government's motion to modify Defendant's bond (Dkt. No. 25) is **GRANTED**; and the Court further

**ORDERS** that the March 30, 2023 Order on the conditions of release is amended as follows: (1) Section (7)(g) of the "ADDITIONAL CONDITIONS OF RELEASE" is modified to state that the Defendant must "avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: CODEFENDANTS OR COCONSPIRATORS. "Witnesses" here includes current or former clients and current or former employees of Mr. Del Valle, and current or former employees of the U.S. District Court for the SDNY, except that Defendant may receive official correspondence from the Clerk of the Court and the Court's Human Resources Department; and he may communicate with the same regarding any official matters that are related to his employment and unrelated to the facts of this case.";

2

and (2) that all of the other conditions of bail set forth in the March 30, 2023 Order are to remain the same and in full force and effect.

**IT IS SO ORDERED.**

Dated: April 14, 2023
       Albany, New York

Mae A. D'Agostino
U.S. District Judge