# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

54 State Street
Suite 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

April 24, 2023

**BY ECF**

Honorable Mae A. D'Agostino
United States District Judge
United States Courthouse
445 Broadway
Albany, New York 12207

      Re:    United States v. Dionisio Figueroa
                Case No. 7:23-cr-161-MAD

Dear Judge D'Agostino:

      As I advised in prior correspondence [ECF Document Nos. 27 & 29], Mr. Figueroa has encountered difficulties in securing the signature of another financially responsible person to co-sign his bond. The Court previously extended the deadline for him to comply with that requirement. ECF Document No. 29. We are compelled, at this point, to again request an extension for Mr. Figueroa to find an additional co-signer for his bond. For largely the same reasons, locating someone to co-sign has proven unexpectedly hard, though Mr. Figueroa will keep trying.

      Thank you for your consideration.

                            Respectfully submitted,

                            Jeremy B. Sporn

cc:    Counsel of Record

It is hereby ORDERED that the defendants request for an extension of time to secure an additional co-signer for his bond is GRANTED. The defendant may have an additional 3 weeks, until May 22, 2023.

Mae A. D'Agostino
U.S. District Judge

Dated: May 1, 2023