UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      vs.                                                          7:23-CR-161
                                                                 (MAD)

DIONISIO FIGUEROA, *also known as Dionicio*; and TELESFORO DEL VALLE, JR., *also known as Ted*,

                          **Defendants.**

---

**APPEARANCES:**                                   **OF COUNSEL:**

**OFFICE OF THE UNITED**              **ANDREW ROHRBACH, AUSA**
**STATES ATTORNEY**                      **FRANK J. BALSAMELLO, AUSA**
1 St. Andrew's Plaza                     **JARROD L. SCHAEFFER, AUSA**
New York, New York 10007
Attorneys for the Government

**OFFICE OF THE FEDERAL**            **JEREMY B. SPORN, AFPD**
**PUBLIC DEFENDER**                    **PAUL J. EVANGELISTA, AFPD**
54 State Street
Suite 310
Albany, New York 12207
Attorneys for Defendant Dionisio Figueroa

**LAW OFFICES OF MURRAY RICHMAN**    **MURRAY RICHMAN, ESQ.**
2027 Williamsbridge Road
3rd Floor
Bronx, New York 10461
Attorneys for Defendant Telesforo Del Valle

**LAW OFFICES ANTHONY L. RICCO**       **ANTHONY L. RICCO, ESQ.**
20 Vesey Street
New York, New York 10007
Attorneys for Defendant Telesforo Del Valle

**CAPEZZA HILL, LLP**                      **THOMAS A. CAPEZZA, ESQ.**
30 S. Pearl Street
Suite P-110
Albany, New York 12211
Attorneys for Defendant Telesforo Del Valle

**Mae A. D'Agostino, U.S. District Judge:**

## ORDER

On April 28, 2023, counsel for Defendant Telesforo Del Valle moved for an order permitting them to withdraw as counsel pursuant to Local Criminal Rules 1.1(b) and 1.2.  *See* Dkt. No. 34.  That motion is granted and Anthony L. Ricco and Murray Richman are relieved as counsel in this matter.

**IT IS SO ORDERED.**

Dated: May 2, 2023
      Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge