

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2023

**BY ECF**

The Honorable Mae A. D'Agostino
United States District Judge, Sitting by Designation
Northern District of New York
445 Broadway
Albany, New York 12207

    Re:    *United States v. Dionisio Figueroa*, 23 Cr. 161 (MAD)

Dear Judge D'Agostino:

    The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Andrew A. Rohrbach
    Assistant United States Attorney
    (212) 637-2345

IT IS SO ORDERED:
_____
Mae A. D'Agostino
U.S. District Judge

Dated: June 8, 2023
    Albany, NY