**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

December 14, 2023

**By ECF**

The Honorable Mae A. D'Agostino
United States District Judge, Sitting by Designation
Northern District of New York
445 Broadway
Albany, New York 12207

   Re: *United States v. Figueroa, et al.*, 23 Cr. 161 (MAD)

Dear Judge D'Agostino:

  The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York.

  Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel in the above-captioned matter.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
IT IS SO ORDERED:        Southern District of New York

_____
Mae A. D'Agostino
U.S. District Judge      By: _____
                Jarrod L. Schaeffer
Dated: December 19, 2023       Assistant United States Attorney
    Albany, NY          Tel.: (212) 637-2270