# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3ʳᴰ FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

54 State Street
Suite 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

December 27, 2023

**BY ECF**

Honorable Mae A. D'Agostino
United States District Judge
Federal Courthouse
445 Broadway
Albany, New York 12207

        Re:    United States v. Dionisio Figueroa
                   Case No. 23-cr-161 (MAD)

Dear Judge D'Agostino:

      Please accept this letter as an application for an order modifying Mr. Figueroa's conditions of release to (1) allow Mr. Figueroa to have direct contact and/or third party contact with current or former employees of the U.S. District Court for the Southern District of New York.

      On March 30, 2023, Mr. Figueroa appeared for arraignment before Magistrate Judge Andrew E. Krause in White Plains. He was released on that day, on conditions. Condition 7(g) states: (g) [Mr. Figueroa] avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: CODEFENDANTS OR COCONSPIRATORS. "Witnesses" here includes current or former clients and current or former employees of Mr. Del Valle, and current or former employees *of* the U.S. District Court for the SDNY.
      The modification is necessary so the defense can properly prepare for sentencing and to effectively seek and obtain character letters from persons that have known and worked with Mr. Figueroa for over twenty years. I have reached out to Assistant United States Attorney Frank Balsamello and the prosecution consents to the proposed modification.

If the Court agrees to the modification, we ask this letter be so ordered, thereby *modifying condition 7(g) allowing Mr. Figueroa to have direct and/or third party contact with current or former employees of the U.S. District Court for the Southern District of New York.*

Thank you for your consideration.

Respectfully submitted,

/s Paul J. Evangelista

First Assistant Defender
Northern District of New York

cc:     Counsel of Record (cm/ecf)

**Dated:**   1/2/2024                                      **So Ordered:**

                                                           *[signature]*

                                                             Hon. Mae A. D'Agostino